UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 AUG 18 AM 11: 28

CLERK

BY_____ pjl
DEPUTY CLERK

| | |
|---|---|
| BARRETT and LINDA GREGOIRE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 5:19-cv-64 |
| ) | |
| CITIZENS BANK N/A and JOESEPH ) | |
| CARELLI, ) | |
| ) | |
| Defendants. ) | |

## ENTRY ORDER

This case is on appeal to the United States Court of Appeals for the Second Circuit. There will be no further orders or proceedings before the district court until the appeal is resolved. At that time, the district court will determine which motions, if any, remain for decision.

Dated at Rutland, in the District of Vermont, this 18th day of August, 2020.

Geoffrey W. Crawford, Chief Judge
United States District Court